In the Matter of ROCHESTER GAS AND ELECTRIC CORPORATION, Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued October 3, 1940; decided October 18, 1940.

*T. Carl Nixon* for appellant.

*Gay H. Brown* and *Sherman C. Ward* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.